| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Selna, James V. | 2. Court or Organization<br><br>United States District Court, Central District of California | 3. Date of Report<br><br>05/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>Ronald Reagan Federal Building and US Courthouse<br>411 W. 4th Street<br>Santa Ana, CA 92701 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐     NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 2 |
| 2. | Custodian | Custodan of Account 1; Custodian of Accounts JSL 1 through 3, BCS 1 through 6, and SSD 1 through 3 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐     NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | O'Melvey & Myers--retirement pension, paid monthly | $116,184.00 |
| 2. | 2015 | Selna Descendants Trust for the Benefit of James V. Selna --life income beneficiary, paid periodically throughout year | $19,325.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers | April 24-26, 2015 | Rancho Palos Verdes, CA | Spring Meeting | Food, Lodging, Mileage |
| 2. | Association of Business Trial Lawyers | Sept. 30-Oct. 5, 2015 | Ojai, CA | Annual Meeting, Seminar Participant | Food, Lodging, Mileage |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property: | | | | | | | | | |
| 2. Parcel 1, Cambria, CA | | None | M | W | | | | | |
| 3. Parcel 2, Antelope Valley, CA | | None | K | W | | | | | |
| 4. | | | | | | | | | |
| 5. Held in Account 1 | | | | | | | | | |
| 6. AT & T Corp. common | D | Dividend | M | T | | | | | |
| 7. Time Warner Inc. (TWX) | A | Dividend | K | T | | | | | |
| 8. Time Inc. | A | Dividend | J | T | | | | | |
| 9. Time Warner Cable (TWC) | A | Dividend | K | T | | | | | |
| 10. Comcast Corp. class A common | A | Dividend | J | T | | | | | |
| 11. Corning common | A | Dividend | K | T | | | | | |
| 12. General Electric | D | Dividend | M | T | | | | | |
| 13. Estee Lauder common | A | Dividend | K | T | | | | | |
| 14. Microsoft common | B | Dividend | M | T | | | | | |
| 15. Newell Rubbermain common | A | Dividend | K | T | | | | | |
| 16. Pepsico Inc. common | A | Dividend | J | T | | | | | |
| 17. Tyson Foods Inc. common | A | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Walmart common | B | Dividend | L | T | | | | | |
| 19. Xcel Energy Inc. common | D | Dividend | M | T | Donated (part) | | | | |
| 20. Charles Schwab Muni Money Fund | A | Dividend | J | T | | | | | |
| 21. Bed Bath & Beyond common | | None | K | T | | | | | |
| 22. Southwest Airlines common | A | Dividend | L | T | Donated (part) | | | | |
| 23. Consolidated Edison | C | Dividend | L | T | | | | | |
| 24. Pimco Total Return | A | Distribution | M | T | | | | | |
| 25. | C | Dividend | | | | | | | |
| 26. Gabelli Small Cap Growth | A | Distribution | K | T | | | | | |
| 27. AGL Resources common | B | Dividend | L | T | | | | | |
| 28. Verrizon common | B | Dividend | K | T | | | | | |
| 29. CSX common | A | Dividend | K | T | | | | | |
| 30. Alaska Airlines | A | Dividend | L | T | | | | | |
| 31. Apache Oil | A | Dividend | K | T | | | | | |
| 32. | | | | | | | | | |
| 33. Held in Account 3: | | | | | | | | | |
| 34. Time Warner Inc. (TWX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Time Inc. | A | Dividend | J | T | | | | | |
| 36. AOL Inc. (AOL) | | None | | | Sold | 06/30/15 | J | A | |
| 37. Blackhawk Network Holdings | | None | J | T | | | | | |
| 38. Time Warner Cable | A | Dividend | J | T | | | | | |
| 39. Charles Schwab Money Market | A | Dividend | K | T | | | | | |
| 40. Intel Corp. common | A | Dividend | K | T | | | | | |
| 41. Ford Motor common | A | Dividend | J | T | | | | | |
| 42. Advanced Micro Devices common | | None | J | T | | | | | |
| 43. Caleres Inc. (formery Brown Shoe) | A | Dividend | K | T | | | | | |
| 44. Manitowoc Company common | A | Dividend | K | T | | | | | |
| 45. Safeway common | A | Dividend | | | Sold | 02/02/15 | L | E | |
| 46. Safeway CASA Ley Cvr rights | | None | J | U | Spinoff (from line 45) | 02/02/15 | J | | |
| 47. Safeway PDC LLC Cvr rights | | None | J | T | Spinoff (from line 45) | 02/02/15 | J | | |
| 48. Jet Blue common | | None | K | T | | | | | |
| 49. AT & T | A | Dividend | L | T | Buy | 11/12/15 | K | | |
| 50. Alcoa | A | Dividend | K | T | Buy | 04/17/15 | K | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Held in Account 4: | | | | | | | | | |
| 53. Duke Energy common | A | Dividend | J | T | | | | | |
| 54. Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 55. Schwab S & P Investors Fund | A | Dividend | J | T | | | | | |
| 56. Charles Schwab Money Market | A | Dividend | K | T | | | | | |
| 57. Bank of America | A | Dividend | J | T | | | | | |
| 58. Caleres Inc. (formerly Brown Shoe) | A | Dividend | J | T | | | | | |
| 59. Cabellas | | None | J | T | | | | | |
| 60. CVS Caremark | A | Dividend | K | T | | | | | |
| 61. Corning | A | Dividend | J | T | | | | | |
| 62. Blackhawk Network Holding | | None | J | T | | | | | See note in Part VIII |
| 63. Intel Corporation | A | Dividend | J | T | | | | | |
| 64. Stanlely Black & Decker | A | Dividend | J | T | | | | | |
| 65. Safeway common | A | Dividend | | | Sold | 02/02/15 | J | D | |
| 66. Safeway CASA Ley Cvr rights | | None | J | T | Spinoff (from line 65) | 02/02/15 | J | | |
| 67. Safeway PDC LLC Cvr rights | | None | J | T | Spinoff (from line 65) | 02/02/15 | J | | |
| 68. AT & T common | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Sunoco common | A | Dividend | J | T | | | | | |
| 70. Royal Dutch Shell | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 71. | | | | | | | | | |
| 72. Held in Account 5: | | | | | | | | | |
| 73. AT & T Corp. common | D | Dividend | M | T | | | | | |
| 74. Comcast Corp. common | A | Dividend | K | T | | | | | |
| 75. Supervalu Inc. | | None | J | T | | | | | |
| 76. Time Warner Inc. (TWX) | A | Dividend | J | T | | | | | |
| 77. Time Inc. | A | Dividend | | | Sold | 04/15/15 | J | A | |
| 78. Time Warner Cable (TWC) | A | Dividend | K | T | | | | | |
| 79. Conagra Foods common | C | Dividend | M | T | | | | | |
| 80. GNMA PL #422670 | A | Interest | J | T | | | | | |
| 81. | A | Distribution | | | | | | | |
| 82. Ford Motor Co. common | C | Dividend | L | T | | | | | |
| 83. HP, Inc. (formerly Hewlett-Packard) | B | Dividend | L | T | | | | | |
| 84. Hewlett Packard Enterprises | B | Dividend | L | T | Spinoff (from line 83) | 10/30/15 | L | | |
| 85. Liberty Interactive (QVCA) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Liberty Interactive (LVNTA) | | None | J | T | | | | | |
| 87. Liberty Media Corp. (LMCA) | | None | J | T | | | | | |
| 88. Libert Media Corp. (LMCK) | | None | J | T | | | | | |
| 89. Liberty Tripadvisor Holdings (LTRPA | | None | | | Sold | 04/15/15 | J | A | |
| 90. Liberty Broadband Class A (LBRDA) | | None | | | Sold | 02/04/15 | J | A | |
| 91. Liberty Broadband Class C (LBRDK) | | None | | | Sold | 02/04/15 | J | A | |
| 92. Starz Liberty Cap | | None | J | T | | | | | |
| 93. DirecTV (DTV) | | None | | | Sold | 07/27/15 | J | B | |
| 94. Mattel Inc. common | A | Dividend | J | T | | | | | |
| 95. Microsoft common | D | Dividend | M | T | | | | | |
| 96. Oralce common | B | Dividend | M | T | | | | | |
| 97. Tyson Foods Inc. common | A | Dividend | K | T | | | | | |
| 98. Symantec Corp. | A | Dividend | J | T | | | | | |
| 99. Viacom Class B new | B | Dividend | K | T | | | | | |
| 100. CBS Corp. Class B | A | Dividend | K | T | | | | | |
| 101. Waste Management common | B | Dividend | L | T | | | | | |
| 102. Xcel Energy, Inc. common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Charles Schwab Money Market Fund | A | Dividend | N | T | | | | | |
| 104. Southwest Airlines common | A | Dividend | M | T | | | | | |
| 105. Intel Corp. | C | Dividend | M | T | | | | | |
| 106. Wal-Mart Stores Inc. | B | Dividend | L | T | | | | | |
| 107. Apache Corporation | B | Dividend | L | T | | | | | |
| 108. Home Depot common | B | Dividend | M | T | | | | | |
| 109. General Electric common | A | Dividend | K | T | | | | | |
| 110. Boeing common | B | Dividend | L | T | | | | | |
| 111. Rockwell Collins common | B | Dividend | L | T | | | | | |
| 112. Chevron Corp. | C | Dividend | M | T | | | | | |
| 113. CVS Caremark | C | Dividend | M | T | | | | | |
| 114. Northrop Grumman | C | Dividend | M | T | | | | | |
| 115. DuPont | B | Dividend | L | T | | | | | |
| 116. Chemours Co. | A | Dividend | J | T | Spinoff (from line 115) | 07/01/15 | J | | |
| 117. Royal Dutch Shell B | C | Dividend | L | T | | | | | |
| 118. Verizon | C | Dividend | K | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Held in Account 7: | | | | | | | | | |
| 121.  Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 122.  IBM common | A | Dividend | J | T | | | | | |
| 123. | | | | | | | | | |
| 124.  Held as Custodian: | | | | | | | | | |
| 125.  Excel Engergy Inc. common | C | Dividend | L | T | | | | | |
| 126. | | | | | | | | | |
| 127.  Trust No. 2: | | | | | | | | | |
| 128.  Schwab Vaulue Advantage Fund | A | Dividend | K | T | | | | | |
| 129.  Los Angeles, CA bond 3/1/15 | B | Interest | | | Redeemed | 03/01/15 | K | A | |
| 130.  GNMA PL # | A | Interest | J | T | | | | | |
| 131. | A | Distribution | | | | | | | |
| 132.  National Grid PLC | A | Dividend | J | T | | | | | |
| 133.  AGL Resources | C | Dividend | L | T | | | | | |
| 134.  Xcel Energy Inc. common | A | Dividend | K | T | | | | | |
| 135.  Essex Property Trust | A | Dividend | K | T | | | | | |
| 136.  Urstadt Biddle Properties | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Urstadt Biddle Class A | A | Dividend | J | T | | | | | |
| 138. Charles Schwab Money Market Fund | A | Dividend | L | T | | | | | |
| 139. Bank of America Corp. | A | Dividend | K | T | | | | | |
| 140. AT & T Corp. new | D | Dividend | M | T | | | | | |
| 141. Royal Dutch Shell A | C | Dividend | | | Sold | 04/15/15 | K | A | |
| 142. Royal Dutch Shell B | C | Dividend | L | T | Buy (add'l) | 04/15/15 | L | | |
| 143. | | | | | | | | | |
| 144. Held in Account 8: | | | | | | | | | |
| 145. Cisco Systems common | B | Dividend | L | T | | | | | |
| 146. General Electric common | A | Dividend | K | T | | | | | |
| 147. AT & T | A | Dividend | J | T | Buy | 07/09/15 | J | | |
| 148. | | | | | | | | | |
| 149. O & M Investment Partners: | | | | | | | | | |
| 150. O & M Investment Partners/Lesser Moore | A | Distribution | J | U | | | | | |
| 151. O & M Investment Partners/Playa Vista | | None | J | U | | | | | |
| 152. O & M Investment Partners/Playa Vista II | A | Distribution | J | U | | | | | |
| 153. O & M Investment Partners/Post Street | A | Distribution | | | Sold | 06/30/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. Bank Accounts: | | | | | | | | | |
| 156. Bank of America | | None | J | T | | | | | |
| 157. One West Bank | A | Interest | M | T | | | | | |
| 158. One West Bank | A | Interest | M | T | | | | | |
| 159. One West Bank (Checking) | | None | K | T | | | | | |
| 160. | | | | | | | | | |
| 161. Custodian Accounts: | | | | | | | | | |
| 162. Custodian Account BCS 1 | | | | | | | | | |
| 163. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/25/15 | J | | Partial Gift |
| 164. Custodian Account BCS 2 | | | | | | | | | |
| 165. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/25/15 | J | | Partial Gift |
| 166. Custodian Account BCS 3 | | | | | | | | | |
| 167. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/25/15 | J | | Partial Gift |
| 168. Custodian Account BCS 4 | | | | | | | | | |
| 169. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/25/15 | J | | Partial Gift |
| 170. Custodian Account BCS 5 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/25/15 | J | | Partial Gift |
| 172. Custodian Account BCS 6 | | | | | | | | | |
| 173. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/25/15 | J | | Partial Gift |
| 174. Custodian Account JSL1 | | | | | | | | | |
| 175. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/25/15 | J | | Partial Gift |
| 176. Custodian Account JSL2 | | | | | | | | | |
| 177. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/25/15 | J | | Partial Gift |
| 178. Custodian Account JSL3 | | | | | | | | | |
| 179. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/25/15 | J | | Partial Gift |
| 180. Custodian Account SSD1 | | | | | | | | | |
| 181. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/25/15 | J | | Partial Gift |
| 182. Custodian Account SSD2 | | | | | | | | | |
| 183. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/25/15 | J | | Partial Gift |
| 184. Custodian Account SSD3 | | | | | | | | | |
| 185. Xcel common | A | Dividend | J | T | Buy (add'l) | 11/25/15 | J | | Partial Gift |
| 186. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Selna, James V. | 05/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 62. Blackhawk Network Holdings was spun off from Corning in 2014. Thus an entry should have been made in the 2014 Report after line 59, Part VII:

Black Hawkoldings [blank] None J T Spun off from line 59 4-15-14 J
I regret the oversight.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ James V. Selna

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544